BRIGHT, Circuit Judge,
concurring.
I concur in the opinion and judgment with the following observation. Ordinarily computation of the guideline sentence for couriers (often referred to as “mules”) in drug cases include minor participant role reductions, particularly when, as here, the probation office and the prosecutor made such a recommendation.
Although the district court in this case rejected those recommendations, the judge sentenced Adamson, Bakken, and Larson below the advisory guideline range upon taking account of the sentencing factors and the government’s downward departure motion for substantial assistance. As we know, United States v. Booker, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), rendered the guidelines advisory. Here, the sentences reflect the district court’s careful consideration of section 3553(a)’s purpose, and based on the record as a whole, the sentences are reasonable.
Accordingly, I join in the affirmance.